**No. 26-283**

**IN THE UNITED STATES COURT OF APPEALS
FOR THE SECOND CIRCUIT**

MAUREEN DEMPSEY, HEINZ E. SCHLENKERMANN, CHRIS SHELTON, AND DIANA VARGAS, INDIVIDUALLY, AND AS REPRESENTATIVES OF PLAN PARTICIPANTS AND PLAN BENEFICIARIES OF THE VERIZON MANAGEMENT PENSION PLAN AND THE VERIZON PENSION PLAN FOR ASSOCIATES,

*Plaintiffs- Appellants*

v.

VERIZON COMMUNICATIONS INC.; VERIZON EMPLOYEE BENEFITS COMMITTEE, as Plan Administrator; VERIZON CALIFORNIA INC., as Plan Sponsor of the Verizon Pension Plan for Associates; VERIZON CORPORATE SERVICES GROUP INC., as Plan Sponsor of the Verizon Management Pension Plan, and STATE STREET GLOBAL ADVISORS TRUST CO.,

*Defendants- Appellees*

On Appeal from the United States District Court for
The Southern District of New York, Case No. 1:24-cv-10004-AKH
(Hon. Alvin K. Hellerstein)

**JOINT STIPULATION DISMISSING APPEAL WITH PREJUDICE**

Plaintiffs have decided to voluntarily dismiss their appeal. Accordingly, and pursuant to Federal Rule of Appellate Procedure 42(b), the parties hereby stipulate and agree to dismiss the above-captioned appeal with prejudice. The parties have agreed that each side shall bear its own costs and fees on appeal.

Dated: May 22, 2026

For Appellants:

BURSOR & FISHER, P.A.

By: /s/ Caroline Donovan
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
646-437-6409 (direct)
646-837-7150 (office)
212-989-9163 (fax)
cdonovan@bursor.com

For Appellees Verizon Communications Inc; Verizon Employee Benefits Committee, Verizon California Inc. and Verizon Corporate Services Group Inc.:

COVINGTON & BURLING LLP

By: /s/ Christian J. Pistilli
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Tel.: (202) 662-5342
Fax: (202) 778-5342
cpistilli@cov.com

For Appellee State Street Global Advisors Trust Co.:

GOODWIN PROCTER LLP

By: /s/ Jaime A. Santos
1900 N Street, NW
Washington, DC 20036
Tel.: (202) 346-4000
Fax: (202) 346-4444
JSantos@goodwinlaw.com