MANDATE



**UNITED STATES COURT OF APPEALS**
**FOR THE**
**SECOND CIRCUIT**

---

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of May, two thousand twenty-six.

---

**ORDER**
Docket No. 26-283

Maureen Dempsey, individually, and as representatives of plan participants and plan beneficiaries of the Verizon Management Pension Plan and the Verizon Pension Plan for Associates, Heinz E. Schlenkermann, individually, and as representatives of plan participants and plan beneficiaries of the Verizon Management Pension Plan and the Verizon Pension Plan for Associates, Chris Shelton, individually, and as representatives of plan participants and plan beneficiaries of the Verizon Management Pension Plan and the Verizon Pension Plan for Associates, Diana Vargas,

Plaintiffs - Appellants,

v.

Verizon Communications Inc., Verizon Employee Benefits Committee, as Plan Administrator, Verizon California Inc., as Plan Sponsor of the Verizon Pension Plan for Associates, Verizon Corporate Services Group Inc., as Plan Sponsor of the Verizon Management Pension Plan, State Street Global Advisors Trust Corporation,

Defendants - Appellees.

---

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to FRAP 42.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/26/2026